# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF GEORGIA
### 18 GREENVILLE STREET
### POST OFFICE BOX 939
### NEWNAN, GEORGIA 30264
### (678) 423-3020

CHAMBERS OF
JACK T. CAMP, JUDGE

Atlanta Division:
2142 United States Courthouse
Atlanta, Georgia 30303
(404) 215-1520

Newnan

Reply to:

October 1, 2007

Ortrie D. Smith, Chair
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, DC 20544

RE: Amendment to 2006 Financial Disclosure Report

Attached are the three copies of my 2006 Amended Financial Disclosure Report which gives the additional information requested in your letter of September 4, 2007.

If anything further is required from me, please advise.

Yours truly,



Jack Camp

JC:pkl
enclosures

| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>CAMP, JACK T | 2. Court or Organization<br><br>U.S DISTRICT CT, NORTHERN GA | 3. Date of Report<br><br>07/16/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE, ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☒ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>18 GREENVILLE STREET<br>PO BOX 939<br>NEWNAN, GA 30264 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (1/3 interest) | Nautilus Joint Venture, Newnan, GA ▮ |
| 2. Partner (17% interest) | Handy Land & Timber, L.L.L.p., Newnan, GA ▮ |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Invest Financial Corp-General Investment Account | Margin Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T (common) | A | Dividend | K | T | | | | | |
| 2. Bell South (merged w/AT&T common stock) | A | Dividend | | | Exchange | 12/29 | | | In merger with AT&T |
| 3. Boeing (common stock) | A | Dividend | J | T | | | | | |
| 4. Comcast | A | Dividend | J | T | | | | | |
| 5. Deere & Co (common stock) | A | Dividend | J | T | | | | | |
| 6. Lucent Technologies (common stock) | A | Dividend | J | T | | | | | |
| 7. Rockwell (common stock) | A | Dividend | K | T | | | | | |
| 8. QWest, formerly known as US West (common stock) | A | Dividend | J | T | | | | | |
| 9. Verizon, formerly Bell Atlantic | A | Dividend | J | T | | | | | |
| 10. Vodaphone | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. INVEST FINANCIAL-General Investment Account | | | | | | | | | |
| 13. Prime Fund-Capital Reserves (Money Market) | A | Interest | K | T | | | | | Increase in market value. |
| 14. Aegon NV | A | Dividend | J | T | Partial sale | 01/18 | J | A | Partial sale, donation |
| 15. BB&T Corp. | C | Dividend | L | T | | | | | Decrease on market value. |
| 16. Synovus Finl. Corp. | C | Dividend | M | T | | | | | Increase in market value. |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. INVEST FINANCIAL (IRA) | | | | | | | | | |
| 19. Prime Fund-Capital Reserves (Money Market) | A | Interest | J | T | | | | | |
| 20. S&P 500 | A | Dividend | J | T | | | | | |
| 21. American International Group, Inc. | A | Dividend | | | Sell | 05/15 | J | B | |
| 22. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 23. Mastercard, Inc. Class A | A | Dividend | J | T | Buy | 08/02 | J | | Purchase |
| 24. DWS (Scudder) Dreman High Return Class B | A | Dividend | J | T | | | | | |
| 25. Texas Instruments | A | Dividend | J | T | Buy | 08/07 | J | | Purchase |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. INVEST FINANCIAL (ROLLOVER IRA) | | | | | | | | | |
| 29. Prime Fund-Capital Reserves (Money Market) | A | Dividend | L | T | | | | | Increase in market value |
| 30. BB&T Corp. | D | Dividend | M | T | | | | | Increase in market value |
| 31. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 32. Deere & Company | A | Dividend | K | T | | | | | |
| 33. Home Depot, Inc. | A | Dividend | K | T | | | | | |
| 34. DWS (Scudder) Dreham High Return-Class | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| B | | | | | | | | | |
| 35. Eaton Vance Worldwide Health Sciences-Class B | A | Dividend | K | T | | | | | |
| 36. Exxon Mobil Corp | A | Dividend | K | T | | | | | Increase in market value. |
| 37. FPC CAP 1 Quarterly Income PFD SECS SERA | A | Dividend | J | T | | | | | |
| 38. Intel Corp. NFS, Inc. | A | Dividend | J | T | | | | | |
| 39. Microsoft Corp NFS, Inc. | A | Dividend | J | T | | | | | |
| 40. Costco Wholesale Corp. | A | Dividend | J | T | | | | | Decrease in market value. |
| 41. General Electric Co. | A | Dividend | J | T | | | | | |
| 42. Novartis AG ADR ISIN | A | Dividend | K | T | | | | | |
| 43. Kinder morgan Energy Partners | B | Dividend | K | T | | | | | Increase in market value. |
| 44. EnergySouth, Inc. | A | Dividend | J | T | | | | | |
| 45. Forest Laboratories, Inc. | A | Dividend | J | T | | | | | |
| 46. Intuit Inc. | A | Dividend | J | T | Buy | 01/10 | J | | Purchase |
| 47. | | | | | | | | | |
| 48. USAA IRA | | | | | | | | | |
| 49. USAA Income Stock Fund | B | Dividend | K | T | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 51. EDWARD JONES IRA-LIZ | | | | | | | | | |
| 52. Cash(X) | A | Int./Div. | J | T | | | | | See note in Part VIII |
| 53. Fidelity Advisor Series II Growth Opportunities(X) | A | Dividend | K | T | | | | | See note in Part VIII |
| 54. Lord Abbett Affiliated Fund(X) | A | Dividend | J | T | | | | | See note in Part VIII |
| 55. Lord Abbett Bond Debenture Fund(X) | A | Dividend | J | T | | | | | See note in Part VIII |
| 56. | | | | | | | | | |
| 57. EDWARD JONES ACCT-LIZ | | | | | | | | | |
| 58. Money Market(X) | A | Dividend | J | T | | | | | |
| 59. Capital Income Builder Fund(X) | A | Dividend | J | T | | | | | |
| 60. Capital World Growth & Income Fund(X) | A | Dividend | J | T | | | | | |
| 61. Putnam Fund for Growth & Income(X) | A | Dividend | J | T | | | | | |
| 62. VanKampen Equity & Income Fund(X) | A | Dividend | J | T | | | | | |
| 63. | | | | | | | | | |
| 64. Prudential Bache Acct-changed to Wachovia Securities in 2003 | | | | | | | | | |
| 65. Treasury Coupon Bonds-name change to Government Trust CL2-F | | | | | Redeemed | 05/30 | K | A | Cashed in |
| 66. Presidential Utility Fund Class A- | | | | | | | | | See note in Part VIII |
| 67. Prudential Equity Fund Class B | | | | | | | | | See note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | VIII |
| 68. Prudential Moneymart Assets Fund | | | | | | | | | See Note in Part VIII |
| 69. Bank Deposit Sweep option | A | Interest | J | T | | | | | |
| 70. | | | | | | | | | |
| 71. USAA-CUSTODIAL | | | | | | | | | |
| 72. Income Stock Fund | A | Dividend | J | T | | | | | |
| 73. | | | | | | | | | |
| 74. Georgia Higher Education Savings Plan-Custodial | C | Dividend | K | T | | | | | See note in Part VIII |
| 75. | | | | | | | | | |
| 76. SOUTHWEST GA BANK-IRA | | | | | | | | | |
| 77. Coca Cola | A | Dividend | | | Sell | 07/26 | J | A | |
| 78. Deere & Co | A | Dividend | J | T | | | | | |
| 79. Southwest Georgia Financial Corp. (common stock) | C | Dividend | L | T | | | | | |
| 80. Cash-Southwest GA Bank | A | Interest | J | T | | | | | |
| 81. Savings-Southwest GA Bank | A | Interest | K | T | | | | | |
| 82. Caterpillar | A | Dividend | J | T | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. USAA Money Market Fund | A | Dividend | J | T | Open | 05/05 | J | | See note Part VIII |
| 85. USAA Brokerage Account- Carmax, INC. | A | Dividend | J | T | | | | | See note Part VIII |
| 86. USAA Federal Savings Bank-Checking | A | Interest | K | T | Open | 05/05 | K | | See note Part VIII |
| 87. USAA Federal Savings Bank-Money MArket | B | Interest | N | T | Open | 05/05 | N | | See note Part VIII |
| 88. Associated Federal Employees Credit Union | A | Dividend | J | T | | | | | See note in Part VIII |
| 89. BB&T | A | Interest | J | T | | | | | |
| 90. Greison Trail Joint Venture | E | Rent | | | SELL | 09/06 | M | G | |
| 91. Nautilus Joint Venture | D | Rent | K | W | | | | | |
| 92. ▓▓▓▓Coweta County, GA-▓▓ acres | F | None | L | W | | | | | |
| 93. ▓▓▓▓▓ Heard Co., GA | | None | M | W | | | | | |
| 94. ▓▓▓▓Coweta County, GA | | None | | | SELL | 05/05 | L | F | BRIDGEPORT, LP |
| 95. ▓▓▓▓Coweta Co., GA | | None | | | SELL | 05/05 | M | G | BRIDGEPORT, LP |
| 96. ▓▓▓▓Coweta County, GA | | None | | | SELL | 05/05 | N | G | BRIDGEPORT, LP |
| 97. ▓▓▓▓Coweta County, GA | | None | | | SELL | 05/05 | M | G | BRIDGEPORT, LP |
| 98. Agricultural land, ▓▓▓▓Coweta Co., GA | | None | M | W | | | | | |
| 99. ▓▓▓▓Coweta County, GA | | None | L | W | | | | | |
| 100. ▓▓▓▓Coweta Co., | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| GA | | | | | | | | | |
| 101. Handy Land &Timber, F.L.L.P., Coweta Co., GA | | None | P1 | W | | | | | |
| 102. Rental Property #1, Coweta Co., GA | C | Rent | L | W | | | | | |
| 103. Rental Property #2, Coweta Co., GA | A | Rent | M | W | | | | | |
| 104. ██████Coweta Co., GA | | None | M | W | | | | | |
| 105. ██ Acres, Coweta Co. | | None | O | R | BUY | 05/06 | O | | |
| 106. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

In response to inquiry letter dated September 4, 2007:

Original lines 53-56 are now 52-55...This investment IRA account was originally an inheritance from ███████ and was not reported as such the previous year.

Original lines 59-63 are now 58-62...This investment account was originally an inheritance from ███████ and was not reported as such the previous year.

Original line 68 is now line 74...This account is a Georgia Higher Education savings plan for ███████ with the reported as custodian. This account was omitted in the previous year filing( the year in which it was created). The value of the account at the end of 2005 was code K ($15,001 to $50,000).

Original lines 79-82 are now 85-88...Line 80 was previously listed in the wrong account. It was listed as an asset of the Invest Financial rollover IRA in error. It is now listed where is should be as an individual stock on line 86. Line 79, 81, and 82 are new accounts that have been corrected to include the transaction information.

Original line 99 is now line 105...The wrong code was entered on the filing. The code should have been an R for the purchase cost, not the appraisal value.

Original line 25 is still line 25...The purchase date has been added to column D-2.

Original line 2 is still line 2...The value at year end has been removed due to merger.

Original line 14 is still line 14...The word partial was added to column D-1, although is was in column D-5 for the description.

Original line 21 is still line 21...This account was listed incorrectly last year. It belongs as part of Invest Financial (IRA) not the Invest Financial (Rollover IRA). The year ending value was removed due to sale of stock. Origianl line 46 is the duplicate account that was removed and is line 21 now.

Original lines72, 84, and 88-91 are now lines 78, 90, and 94-97...The year end value has been removed due to sale.

Line 88 has been added. This was omitted from the filing in error.

Line 34 from the 2005 filing report was reported in error. This was a carryforward error and the stock was not part of the IRA for 2005 or 2006.

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## IX. CERTIFICATION.

     I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

     I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____    Date _1 Oct 07_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544



# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

AO 10
Rev. 1/2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CAMP, JACK T | U.S DISTRICT CT, NORTHERN GA | 07/16/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE, ACTIVE | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final | 01/01/2006 to 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 18 GREENVILLE STREET<br>PO BOX 939<br>NEWNAN, GA 30264 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (1/3 interest) | Nautilus Joint Venture, Newnan, GA |
| 2. Partner (17% interest) | Handy Land & Timber, L.L.L.p., Newnan, GA |
| 3. | |
| 4. | |
| 5. | |

2007 AUG -7 A 10: 45
FINANCIAL DISCLOSURE OFFICE
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Invest Financial Corp-General Investment Account | Margin Loan | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AT&T (common) | A | Dividend | K | T | | | | | |
| 2. Bell South (merged w/AT&T common stock) | A | Dividend | J | T | Exchange | 12/29 | | | Merge w/ AT&T |
| 3. Boeing (common stock) | A | Dividend | J | T | | | | | |
| 4. Comcast | A | Dividend | J | T | | | | | |
| 5. Deere & Co (common stock) | A | Dividend | J | T | | | | | |
| 6. Lucent Technologies (common stock) | A | Dividend | J | T | | | | | |
| 7. Rockwell (common stock) | A | Dividend | K | T | | | | | |
| 8. QWest, formerly known as US West (common stock) | A | Dividend | J | T | | | | | |
| 9. Verizon, formerly Bell Atlantic | A | Dividend | J | T | | | | | |
| 10. Vodaphone | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. INVEST FINANCIAL-General Investment Account | | | | | | | | | |
| 13. Prime Fund-Capital Reserves (Money Market) | A | Interest | K | T | | | | | Increase in market value. |
| 14. Aegon NV | A | Dividend | J | T | Sell | 01/18 | J | A | Partial sale, donation |
| 15. BB&T Corp. | C | Dividend | L | T | | | | | Decrease on market value. |
| 16. Synovus Finl. Corp. | C | Dividend | M | T | | | | | Increase in market value. |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. INVEST FINANCIAL (IRA) | | | | | | | | | |
| 19. Prime Fund-Capital Reserves (Money Market) | A | Interest | J | T | | | | | |
| 20. S&P 500 | A | Dividend | J | T | | | | | |
| 21. American International Group, Inc. | A | Dividend | J | T | Sell | 05/15 | J | B | |
| 22. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 23. Mastercard, Inc. Class A | A | Dividend | J | T | Buy | 08/02 | J | | Purchase |
| 24. DWS Dreman High Return Class B | A | Dividend | J | T | | | | | |
| 25. Texas Instruments | A | Dividend | J | T | Buy | | J | | Purchase |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. INVEST FINANCIAL (ROLLOVER IRA) | | | | | | | | | |
| 29. Prime Fund-Capital Reserves (Money Market) | A | Dividend | L | T | | | | | Increase in market value |
| 30. BB&T Corp. | D | Dividend | M | T | | | | | Increase in market value |
| 31. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 32. Deere & Company | A | Dividend | K | T | | | | | |
| 33. Home Depot, Inc. | A | Dividend | K | T | | | | | |
| 34. DWS Dreham High Return-Class B | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Eaton Vance Worldwide Health Sciences-Class B | A | Dividend | K | T | | | | | |
| 36. Exxon Mobil Corp | A | Dividend | K | T | | | | | Increase in market value. |
| 37. FPC CAP 1 Quarterly Income PFD SECS SER A | A | Dividend | J | T | | | | | |
| 38. Intel Corp. NFS, Inc. | A | Dividend | J | T | | | | | |
| 39. Microsoft Corp NFS, Inc. | A | Dividend | J | T | | | | | |
| 40. Costco Wholesale Corp. | A | Dividend | J | T | | | | | Decrease in market value. |
| 41. General Electric Co. | A | Dividend | J | T | | | | | |
| 42. Novartis AG ADR ISIN | A | Dividend | K | T | | | | | |
| 43. Kinder morgan Energy Partners | B | Dividend | K | T | | | | | Increase in market value. |
| 44. EnergySouth, Inc. | A | Dividend | J | T | | | | | |
| 45. Forest Laboratories, Inc. | A | Dividend | J | T | | | | | |
| 46. American International Group, Inc. | A | Dividend | J | T | Sell | 05/15 | J | A | |
| 47. Intuit Inc. | A | Dividend | J | T | Buy | 07/01 | J | | Purchase |
| 48. | | | | | | | | | |
| 49. USAA IRA | | | | | | | | | |
| 50. USAA Income Stock Fund | B | Dividend | K | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. EDWARD JONES IRA-LIZ | | | | | | | | | |
| 53. Cash | A | Int./Div. | J | T | | | | | |
| 54. Fidelity Advisor Series II Growth Opportunities | A | Dividend | K | T | | | | | |
| 55. Lord Abbett Affiliated Fund | A | Dividend | J | T | | | | | |
| 56. Lord Abbett Bond Debenture Fund | A | Dividend | J | T | | | | | |
| 57. | | | | | | | | | |
| 58. EDWARD JONES ACCT-LIZ | | | | | | | | | |
| 59. Money Market | A | Dividend | J | T | | | | | |
| 60. Capital Income Builder Fund | A | Dividend | J | T | | | | | |
| 61. Capital World Growth & Income Fund | A | Dividend | J | T | | | | | |
| 62. Putnam Fund for Growth & Income | A | Dividend | J | T | | | | | |
| 63. VanKampen Equity & Income Fund | A | Dividend | J | T | | | | | |
| 64. | | | | | | | | | |
| 65. USAA-CUSTODIAL | | | | | | | | | |
| 66. Income Stock Fund | A | Dividend | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. Georgia Higher Education Savings | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Plan-Custodial | | | | | | | | | |
| 69. | | | | | | | | | |
| 70. | | | | | | | | | |
| 71. SOUTHWEST GA BANK-IRA | | | | | | | | | |
| 72. Coca Cola | A | Dividend | J | T | Sell | 07/26 | J | A | |
| 73. Deere & Co | A | Dividend | J | T | | | | | |
| 74. Southwest Georgia Financial Corp. (common stock) | C | Dividend | L | T | | | | | |
| 75. Cash-Southwest GA Bank | A | Interest | J | T | | | | | |
| 76. Savings-Southwest GA Bank | A | Interest | K | T | | | | | |
| 77. Caterpillar | A | Dividend | J | T | | | | | |
| 78. | | | | | | | | | |
| 79. USAA Money Market Fund | A | Dividend | J | T | | | | | |
| 80. USAA Brokerage Account- Carmax, INC. | A | Dividend | J | T | | | | | |
| 81. USAA Federal Savings Bank-Checking | A | Interest | K | T | | | | | |
| 82. USAA Federal Savings Bank-Money MArket | B | Interest | N | T | | | | | |
| 83. BB&T | A | Interest | J | T | | | | | |
| 84. Greison Trail Joint Venture | E | Rent | M | W | SELL | 09/06 | M | G | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Nautilus Joint Venture | D | Rent | K | W | | | | | |
| 86. ▇▇▇ Coweta County, GA ▇ acres | F | None | L | W | | | | | |
| 87. ▇▇▇ Heard Co., GA | | None | M | W | | | | | |
| 88. ▇▇▇ Coweta County, GA | | None | K | W | SELL | 05/05 | L | F | BRIDGEPORT, LP |
| 89. ▇▇▇ Coweta Co., GA | | None | L | W | SELL | 05/05 | M | G | BRIDGEPORT, LP |
| 90. ▇▇▇ Coweta County, GA | | None | K | W | SELL | 05/05 | N | G | BRIDGEPORT, LP |
| 91. ▇▇▇ Coweta County, GA | | None | K | W | SELL | 05/05 | M | G | BRIDGEPORT, LP |
| 92. Agricultural land, ▇▇ 4th LD, Coweta Co., GA | | None | M | W | | | | | |
| 93. ▇▇▇ Coweta County, GA | | None | L | W | | | | | |
| 94. ▇▇▇ Coweta Co., GA | | None | L | W | | | | | |
| 95. Handy Land &Timber, F.L.L.P., Coweta Co., GA | | None | P1 | W | | | | | |
| 96. Rental Property #1, Coweta Co., GA | C | Rent | L | W | | | | | |
| 97. Rental Property #2, Coweta Co., GA | A | Rent | M | W | | | | | |
| 98. ▇▇▇ Coweta Co., GA | | None | M | W | | | | | |
| 99. ▇▇ Acres, Coweta Co. | | None | O | Q | BUY | 05/06 | O | | |
| 100. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAMP, JACK T | 07/16/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____     Date_____ *Aug 2, 2007*

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544